**Motion to Dismiss Granted; Motion for Temporary Relief Dismissed as Moot; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed September 11, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00643-CV

## IN RE NATIONAL FIRE & MARINE INSURANCE COMPANY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-64224**

## MEMORANDUM OPINION

On September 3, 2024, relator National Fire & Marine Insurance Company filed a petition for writ of mandamus in this court.[1]  *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52.  In the petition, relator asks this court to

---

[1] While relator is represented by members of the State Bar of Texas, we note that relators also list out-of-state counsel who do not appear to have been admitted pro hac vice in this proceeding. Because this proceeding is moot, it is not necessary to require those counsel to file the appropriate pro hac vice motions.

compel the Honorable Latosha Lewis Payne, presiding judge of the 55th District Court of Harris County, to rule on pending motions for summary judgment.

Respondent ruled on relator's pending motion for summary judgment. On September 9, 2024, relator filed a motion to dismiss its petition for writ of mandamus as moot.  A petition for a writ of mandamus for failure to rule is dismissed as moot when the trial court rules after the petition for writ of mandamus is filed.  *See In re 4KBC Trucking, LLC*, No. 14-23-00675-CV, 2023 WL 7141209, at *1 (Tex. App.—Houston [14th Dist.] Oct. 31, 2023, orig. proceeding).

Accordingly, we grant relator's motion to dismiss.  We dismiss relator's petition for writ of mandamus as moot.  We dismiss as moot relator's petition for temporary relief.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.